# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 12-2194-JST(RNBx) | Date | March 1,2 013 |
|---|---|---|---|
| Title | MAERSK LINE v. KUSHA INC. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
                    RETURNABLE:  MARCH 29, 2013

     Counsel is hereby ordered to show cause in writing no later than **March 29, 2013**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of plaintiff's response.

     Counsel is advised that the Court will consider the filing of plaintiff's application for entry of default judgment as to defendant Kusha Inc., on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

                                                               :

Initials of Preparer   enm